# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

**FILED**

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

JUN 2 7 2014

DEPUTY CLERK

|  |  |
|---|---|
| United States of America | ) |
| v. | )    Case No. :14-3266 MB (2) |
| William Daniel Navarrete | ) |
|  | ) |
|  | ) |

## ORDER SCHEDULING A DETENTION HEARING

A preliminary and detention hearing are scheduled as follows:

| Place: | U.S. District Court<br>801 Broadway<br>Nashville, TN 37203 | Courtroom No.: 776 |
|---|---|---|
|  |  | Date and Time:    July 3, 2014 at 9:00 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    June 27, 2014

_____
*Judge's signature*

JOHN S. BRYANT, U.S. MAGISTRATE JUDGE
*Printed name and title*